UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NUMBER 5:98CR180

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ELISEO CHAVEZ, ) | |
| ) | |

**THIS MATTER** is before the Court upon the Defendant's Motion for Permission to Travel Outside of the United States, filed June 1, 2007.

For the reasons set forth in the Motion, and with no opposition from the Government, the Defendant's Motion is granted.

**IT IS, THEREFORE ORDERED** that the Defendant's Motion is **GRANTED**. The Defendant may travel to Mexico for a period of three weeks, with the dates to be determined by his supervising probation officer.

Signed: June 1, 2007

Richard L. Voorhees
United States District Judge